FILED

APR 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0076 WBS |
| Plaintiff, | |
| v. | ORDER UNSEALING INDICTMENT |
| SEAN FARRELL, and ETHAN STUART, | |
| Defendants. | |

For the reasons set forth in the government's Motion to Unseal the Indictment, the Court hereby orders that the Indictment in <u>United States v. Farrell, et al.</u>, Case No. 2:12-cr-0076 WBS, be **UNSEALED**.

DATED: April 16, 2012

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE