```
1   BENJAMIN B. WAGNER
    United States Attorney
2   JASON HITT
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2751
5
6
7                IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,    )  Case No. 2:12-cr-0076 WBS
                                 )
11            Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE DATE
12       v.                      )  AND EXCLUDING TIME
                                 )
13  SEAN FARRELL, and            )
    ETHAN STUART,                )
14                               )
              Defendants.        )
15                               )
    _____)
16
```

17     Plaintiff, United States of America, by its counsel, Assistant
18 United States Attorney Jason Hitt, and defendants Sean FARRELL, by
19 and through his counsel Randall Daar, Esq., and Ethan STUART, by and
20 through his counsel Shari White, Esq., stipulate and agree that the
21 existing status conference date of June 11, 2012, should be vacated.
22 The parties further stipulate and agree that a new status conference
23 should be set for July 23, 2012, at 9:30 a.m.

24     The parties believe a continuance of the status conference from
25 June to July will save judicial resources by eliminating an
26 unnecessary status conference because the defense counsel are
27 actively investigating the case and evaluating discovery produced by
28 the United States. The time from June to July will give all the

parties additional time to evaluate whether the defense will file any relevant motions, seek a proposed resolution of the case by guilty pleas, or proceed to a trial at a future date. For these reasons, the parties respectfully request that the Court vacate the June 11, 2012 status conference date and set a new status conference date of July 23, 2012, at 9:30 a.m. If the Court grants this request, the parties believe it will achieve a significant savings of time and judicial resources while the parties get closer to establishing motions to be filed, reaching resolution of the case, or setting a trial date.

The parties further stipulate and agree that the defendants and defense counsel will benefit greatly from the additional time between June and July in order for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 7, 2012     By: /s/Jason Hitt
                            JASON HITT
                            Assistant U.S. Attorney

DATED: June 7, 2012     By: /s/Jason Hitt
                            Authorized to sign for Mr. Daar on 06-06-12
                            RANDALL DAAR, Esq.
                            Attorney for Sean FARRELL

| | |
|---|---|
| DATED: June 7, 2012 | By: /s/Jason Hitt<br>Authorized to sign for Ms. White on 06-06-12<br>SHARI L. WHITE, Esq.<br>Attorney for Ethan STUART |

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter is set for June 11, 2012, at 9:30 a.m. is VACATED;

2. A new status conference date is set for July 23, 2012, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 11, 2012, up to and including July 23, 2012.

**IT IS SO ORDERED.**

DATED: June 7, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE