```
 1  J. TONY SERRA #32639
    SHARI L. WHITE #180438
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    ETHAN STUART
 5

 6

 7

 8                      UNITED STATES DISTRICT COURT

 9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12           Plaintiff,              CR 12-0076 WBS

13      v.                           STIPULATION AND ORDER
                                     CONTINUING STATUS CONFERENCE
14  SEAN FARRELL and ETHAN STUART,   AND EXCLUDING TIME
                                     Date: July 23, 2012
15           Defendants.             Time: 9:30 a.m.
                                  /
16
```

17       Defendants SEAN FARRELL and ETHAN STUART, by and through

18 their attorneys, and plaintiff United States of America, by and

19 through its attorney, hereby stipulate and agree that the status

20 conference of July 23, 2012, should be continued to September

21 10, 2012, at 9:30 a.m.

22       The parties believe a continuance of the status conference

23 will conserve judicial resources by eliminating an unnecessary

24 status conference because the defense counsel are continuing

25 ongoing investigation of the case and reviewing discovery

26 produced by the United States.  This extension will give all the

27 parties additional time to evaluate whether the defense will

28 file any relevant motions, seek a proposed resolution of the

1

case by guilty pleas, or proceed to a trial at a future date. For these reasons, the parties respectfully request that the Court vacate the July 23, 2012 status conference date and set a new status conference date of September 10, 2012, at 9:30 a.m. If the Court grants this request, the parties believe it will promote judicial economy while the parties get closer to either setting motions to be filed, reaching resolution of the case, or setting a trial date.

The parties further stipulate and agree that the defendants and defense counsel will benefit greatly from the additional time between July and September in order for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(H)(8)(b)(iv) and Local Code T4. Accordingly, the parties stipulate and agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.

Dated: July 19, 2012

| /s/J. TONY SERRA | /s/RANDOLPH E. DAAR |
|---|---|
| J. TONY SERRA | RANDOLPH E. DAAR |
| SHARI L. WHITE | Attorney for SEAN FARRELL |
| Attorneys for ETHAN STUART | |
| | /s/JASON HITT |
| | Assistant U.S. Attorney |

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The status conference in this matter set for July 23, 2012, at 9:30 a.m. is VACATED;

2. A new status conference is set for September 10, 2012, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the Court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from July 23, 2012, up to and including September 10, 2012.

**IT IS SO ORDERED.**

Dated: July 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3