```
 1  J. TONY SERRA #32639
    SHARI L. WHITE #180438
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    ETHAN STUART
 5

 6

 7

 8                      UNITED STATES DISTRICT COURT

 9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,              CR 12-0076 WBS

13      v.                          STIPULATION AND ORDER
                                    CONTINUING STATUS CONFERENCE
14  SEAN FARRELL and ETHAN STUART,  AND EXCLUDING TIME
                                    Date: September 10, 2012
15          Defendants.             Time: 9:30 a.m.
                                  /
16

17          Defendants SEAN FARRELL and ETHAN STUART, by and through

18  their attorneys, and plaintiff United States of America, by and

19  through its attorney, hereby stipulate and agree that the status

20  conference of September 10, 2012, at 9:30 a.m., should be

21  continued to October 22, 2012, at 9:30 a.m.

22          The parties believe a continuance of the status conference

23  will conserve judicial resources by eliminating an unnecessary

24  status conference because the defense counsel are continuing

25  ongoing investigation of the case, reviewing discovery produced

26  by the United States.  Furthermore, the defense has recently

27  requested additional discovery from the government in this

28  matter and has filed motions which are currently pending and
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1 tenatively set to be heard on October 22, 2012.  For these
2 reasons, the parties respectfully request that the Court vacate
3 the September 10, 2012, at 9:30 a.m. status conference date and
4 set a new status conference date of October 22, 2012, at 9:30
5 a.m.  If the Court grants this request, the parties believe it
6 will promote judicial economy.

7     The parties further stipulate and agree that the defendants
8 and defense counsel will benefit greatly from the additional
9 time between July and September in order for the defense to
10 effectively evaluate the posture of the case and prepare for
11 trial in this case and, in addition, in the interests of justice
12 under 18 U.S.C. § 3161(H)(8)(b)(iv) and Local Code T4.
13 Accordingly, the parties stipulate and agree that time should be
14 excluded under the Speedy Trial Act pursuant to 18 U.S.C.
15 §3161(h)(8)(B)(iv) and Local Code T4.  The parties stipulate
16 that the ends of justice are served by the Court excluding such
17 time, so that counsel for each defendant may have reasonable
18 time necessary for effective preparation, taking into account
19 the exercise of due diligence.  The parties further stipulate
20 and agree that time for trial under the Speedy Trial Act be
21 excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) &
22 (B)(iv), Local Codes E and T-4.

23     Dated: September 6, 2012

| /s/J. TONY SERRA | /s/RANDOLPH E. DAAR |
|---|---|
| J. TONY SERRA | RANDOLPH E. DAAR |
| SHARI L. WHITE | Attorney for SEAN FARRELL |
| Attorneys for ETHAN STUART | |
| | /s/JASON HITT |
| | Assistant U.S. Attorney |

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

|   |   |
|---|---|
| 1 | ORDER |
| 2 | Pursuant to the stipulation of the parties and good cause |
| 3 | appearing, **IT IS HEREBY ORDERED** that: |
| 4 | 1.  The status conference in this matter set for September |
| 5 | 10, 2012, at 9:30 a.m. is VACATED; |
| 6 | 2.  A new status conference is set for October 22, |
| 7 | 2012, at 9:30 a.m.; and |
| 8 | 3.  Based upon the representations and stipulation of the |
| 9 | parties, the Court finds that the time exclusion under 18 U.S.C. |
| 10 | § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the |
| 11 | best interest of the public and the defendants in a speedy |
| 12 | trial.  The parties further stipulate and agree that time for |
| 13 | trial under the Speedy Trial Act be excluded pursuant to 18 |
| 14 | U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and |
| 15 | T-4.  Accordingly, time under the Speedy Trial Act shall be |
| 16 | excluded from September 10, 2012, up to and including October |
| 17 | 22, 2012. |
| 18 | **IT IS SO ORDERED.** |
| 19 | Dated:  September 10, 2012 |

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE